IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMAS SAMS,

    Petitioner,

v.                              CASE NO. 4:05cv143-RH/WCS

JEFFREY WAINWRIGHT,

    Respondent.

_____/

**ORDER OF DISMISSAL**

This matter is before the court on the magistrate judge's report and recommendation (document 8), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. This case is DISMISSED as untimely. The clerk shall close the file.

SO ORDERED this 27th day of August, 2005.

                                    s/Robert L. Hinkle
                                    Chief United States District Judge